NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL V. SOSA, DOC #T32330,    )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D18-615
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____  )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Michael V. Sosa, pro se.

PER CURIAM.

                Affirmed.

LaROSE, C.J., and LUCAS and ATKINSON, JJ., Concur.